**Electronically Filed
Supreme Court
SCWC-14-0000427
24-DEC-2015
08:30 AM**

SCWC-14-0000427

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

EUGENE PARIS, JR., also known as
EUGENE J.E. RIVERA, JR., Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000427; CR. NO. 12-1-0191)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Eugene Paris, Jr., also known as Eugene J.E. Rivera, Jr.'s application for writ of certiorari filed on November 15, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 24, 2015.

Marcus Landsberg, IV
for petitioner

Brian R. Vincent
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

